IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANDON D. BRADLEY, SR., a.k.a.
BRITTNEY HARDAWAY BRADLEY,

    Plaintiff,

v.

Case No. 20-cv-49-jdp

ROBERT VAN NORMAN, DEPUTY
FLOYD, NICK SKREPENSKI, SGT.
JOHN DOE NO. 1, SHERIFF NO. 1,
and SHERIFF NO. 2,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

March 1, 2022
Date