Western District of Wisconsin

Bradley vs Van Norman et al
20-cv-49 JDP

Notice of Appeal

Plaintiff hereby gives **Notice to the defendants** that a appeal is being pursued in this case to get relief granted from the judgment entered by Hon. Peterson on **3-1-22**



3-5-22